**Electronically Filed**
**Supreme Court**
**SCWC-20-0000760**
**23-JUL-2021**
**01:15 PM**
**Dkt. 19 ODMR**

SCWC-20-0000760

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE
MORTGAGE TRUST 2005-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2005-2,
Respondent/Plaintiff-Appellee,

vs.

KELLY EDWARDS AKA KELLY ANNE EDWARDS, INDIVIDUALLY,
AND AS TRUSTEE OF THE EDWARDS FAMILY TRUST U/D/T
DATED SEPTEMBER 19, 1996, Petitioner/Defendant-Appellant,

and

THE ESTATE OF STUART D. EDWARDS AKA STUART DENZIL EDWARDS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000760; CIV. NO. 3CC15100031K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On July 19, 2021, petitioner/defendant-appellant Kelly
Edwards aka Kelly Anne Edwards, individually and as trustee of
the Edwards Family Trust u/d/t dated September 19, 1996, filed a
motion for reconsideration of this court's July 9, 2021 order
rejecting her application for writ of certiorari.  A rejection of
an application for writ of certiorari, however, is not subject to

reconsideration.  <u>See</u> HRAP Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court. The rejection of an application for certiorari shall be final.").  Accordingly,

It is hereby ordered that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

